UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-7237

STEVEN GLEN BYRD,

                Plaintiff – Appellant,

        v.

STATE OF NORTH CAROLINA; UNION COUNTY SHERIFF'S OFFICE,

                Defendants – Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Frank D. Whitney,
District Judge.  (3:08-cv-00070-FDW-CH)

Submitted:  October 21, 2008        Decided:  October 29, 2008

Before MICHAEL, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Steven Glen Byrd, Appellant Pro Se.  Jennifer Joy Strickland,
Assistant Attorney General, Raleigh, North Carolina; William L.
Hill, James Demarest Secor, III, FRAZIER, FRANKLIN, HILL & FURY,
RLLP, Greensboro, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Glen Byrd appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Byrd v. North Carolina, No. 3:08-cv-00070-FDW-CH (W.D.N.C. July 7, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED